BEFORE THE SECOND DIVISION, JULY 5, 1938

**No. 38953.**—Protest 351300–G of Style Curtain Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain items consist of fringes in chief value of cellulose filaments similar to the merchandise involved in Ab-

stract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.